W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: wwa@h2law.com
Email: jwf@h2law.com

John F. Bennett, Esq.
Has complied with LR IA 11-2
Paul J. Linden, Esq.
Has complied with LR IA 11-2
Aaron T. Brogdon, Esq.
Has complied with LR IA 11-2
Derek M. Freitas, Esq.
Has complied with LR IA 11-2
Nicholas R. Taylor, Esq.
Has complied with LR IA 11-2
Amy E. Mildebrath, Esq.
Has complied with LR IA 11-2
FBT GIBBONS LLP
301 East Fourth Street, Suite 3300
Cincinnati, Ohio 45202
Telephone: (513) 651-6423
Email: jbennett@fbtgibbons.com
Email: plinden@fbtgibbons.com
Email: abrogdon@fbtgibbons.com
Email: dfreitas@fbtgibbons.com
Email: ntaylor@fbtgibbons.com
Email: amildebrath@fbtgibbons.com

*Attorneys for Plaintiff, NRT Technologies, Inc.*

HOWARD & HOWARD ATTORNEYS PLLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

NRT TECHNOLOGIES, INC., a Nevada corporation,

Plaintiff,

v.

TAVOLO TECH LLC, a Michigan limited liability company; OBJECT STUDIO LLC, a Texas limited liability company; RYAN MCCLELLAN, an individual; and STEVEN NAGATA, an individual,

Defendants.

Case No. 2:26-cv-02007-RFB-DJA

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**

(First Request)

HOWARD & HOWARD ATTORNEYS PLLC

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1, Plaintiff NRT Technologies, Inc. ("Plaintiff" or "NRT") and Defendants Tavolo Tech LLC ("Tavolo"), Object Studio LLC ("Object Studio"), Ryan McClellan ("McClellan"), and Steven Nagata ("Nagata") (with Tavolo, Object Studio, McClellan, and Nagata, collectively, the "Defendants"), hereby agree and stipulate, and request the Court's permission, to extend the following deadline:

1. On August 14, 2026, Defendants filed Defendants' Motion to Dismiss (ECF No. 27) (the "Motion"). Under LR 7-2 and Federal Rule of Civil Procedure 6, Plaintiff's response to the Motion is presently due on August 28, 2026.

2. In light of other existing pending professional commitments of Plaintiff's undersigned counsel, Plaintiff has requested, and Defendants have agreed, to grant Plaintiff a 14-day extension of time to file its response to the Motion, from August 28, 2026, to September 11, 2026.

3. The parties agree that the foregoing circumstances constitute good cause for the requested extension of time. This is the parties' first request for an extension. The parties make this stipulation in good faith, to promote the just, speedy, and inexpensive determination of this action, and not for purposes of undue delay.

**IT IS SO AGREED AND STIPULATED:**

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Jonathan W. Fountain
W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
3800 Howard Hughes, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Email: wwa@h2law.com
Email: jwf@h2law.com

*Attorneys for Plaintiff*
*NRT Technologies, Inc.*

BROOKS KUSHMAN P.C.
By: /s/ Marc Lorelli
Marc Lorelli, Esq.
Has complied with LR IA 11-2
150 W. Second St., Suite 400N
Royal Oak, MI 48067
Telephone: (248) 358-4400
Email: mlorelli@brookskushman.com

*Attorneys for Defendants*
*Tavolo Tech LLC and Ryan McClellan*

FBT GIBBONS LLP
John F. Bennett, Esq.
Has complied with LR IA 11-2
Paul J. Linden, Esq.

GILE LAW GROUP

By: /s/ Ryan Gile
Ryan Gile, Esq.

HOWARD & HOWARD ATTORNEYS PLLC

Has complied with LR IA 11-2
Aaron T. Brogdon, Esq.
Has complied with LR IA 11-2
Derek M. Freitas, Esq.
Has complied with LR IA 11-2
Nicholas R. Taylor, Esq.
Has complied with LR IA 11-2
Amy E. Mildebrath, Esq.
Has complied with LR IA 11-2
Email: jbennett@fbtgibbons.com
Email: plinden@fbtgibbons.com
Email: abrogdon@fbtgibbons.com
Email: dfreitas@fbtgibbons.com
Email: ntaylor@fbtgibbons.com
Email: amildebrath@fbtgibbons.com

*Attorneys for Plaintiff*
*NRT Technologies, Inc.*

1140 N. Town Center Dr., Suite 100
Las Vegas, NV 89144
Telephone: (702) 703-7228
Email: rg@gilelawgroup.com

*Attorneys for Defendants*
*Object Studio LLC and Steven Nagata*

**IT IS SO ORDERED:**



UNITED STATES DISTRICT JUDGE

DATED: August 26, 2026